IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02103-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 24, 2012** | Courtroom Deputy:  Robin Mason |

*Parties:*  *Counsel:*

LAURA S. RODGERS, An individual,   Richard Joshua Hood

   Plaintiff,

v.

TIMECENTRE, INC., a Colorado Corporation,   Edmund B. Moran, Jr. (*Appearing by telephone*)
DIMENSIONS GROUP, INC., a California Corporation,
DIMENSIONS GROUP, LLC, a Georgia Company, and
DIMENSIONS USA, INC., a Georgia Corporation,

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      1:33 p.m.**
Court calls case.  Appearances of counsel. Mr. Moran, Jr. has not yet entered his appearance as counsel of record for the defendants.

Discussion regarding defendant's MOTION to Stay Further Discovery Pending Resolution Of Motion To Dismiss (Docket No. 32, filed on 1/4/2012) and defendant's MOTION to Dismiss (Docket No. 14, filed on 9/27/2011).

Court advises the parties that Judge Krieger has now referred the Motion to Dismiss to Magistrate Judge Shaffer  resulting in a joinder of these two motions with respect to hearing any  oral arguments on them at this hearing.  Mr. Moran, Jr. advises the court that he is not prepared to make any oral arguments on the Motion to Dismiss.

Discussion regarding claims for relief, claims of hostile work environment, and related case law. The court informs the parties that a recommendation can be made on the Motion to Dismiss which will likely be granted in part and denied in part.  The court advises the parties that moving forward

with discovery may be a good choice while awaiting a decision on the Motion to Dismiss.

**ORDERED:** The court **DENIES** defendant's MOTION to Stay Further Discovery Pending Resolution Of Motion To Dismiss (Docket No. 32, filed on 1/4/2012).

Discussion regarding the existing discovery cut off dates, experts, what discovery has been completed to date, and making an assessment of how to meet these existing discovery deadlines.

**ORDERED:** The court sets a Telephonic Status Conference for **March 2, 2012 at 1:30 p.m.** Parties shall be ready to discuss exactly how they wish to proceed with discovery. *Counsel for the parties shall coordinate to create a conference call among themselves before contact the court (303.844.2117) at the scheduled time.*

HEARING CONCLUDED.

**Court in recess**: **1:49 p.m.**
Total time in court:   00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.