IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-02103-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 15, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

LAURA S. RODGERS,                                            Aimee Hall Wagstaff

    Plaintiff,

v.

TIMECENTRE, INC., *et al.*,                                   William Sidney Finger

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:     10:04 a.m.**
Court calls case. Appearances of counsel.

Discussion between the court and the parties regarding the plaintiff's MOTION for Issuance of a Subpoena Duces Tecum to be Served by the U.S. Marshals Service (Docket no. 80, filed on 9/27/2012).

**ORDERED:** The court **DENIES without prejudice** the plaintiff's MOTION for Issuance of a Subpoena Duces Tecum to be Served by the U.S. Marshals Service (Docket no. 80, filed on 9/27/2012).

HEARING CONCLUDED.

**Court in recess**:     **10:11 a.m.**
Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.