IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02103-MSK-CBS

LAURA S. RODGERS, an individual,
    Plaintiff,
v.

TIMECENTRE, INC, a Colorado Corporation, *et al.*,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Request [Motion] for Entry of Default – TimeCentre, Inc."  Pursuant to the Order of Reference dated August 17, 2011 (Doc. # 2) and the memorandum dated November 13, 2012 (Doc. # 95), this matter was referred to the Magistrate Judge.  The court having reviewed Plaintiff's Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Defendant TimeCentre, Inc.'s Answer and Affirmative Defenses (filed November 13, 2012) (Doc. # 94) is STRICKEN as untimely filed.

    2.    On or before November 21, 2012, Defendant TimeCentre, Inc. shall file either a motion to file its answer out of time or a response to Plaintiff's "Request [Motion] for Entry of Default – TimeCentre, Inc."

    DATED at Denver, Colorado, this 13th day of November, 2012.

                            BY THE COURT:

                            s/Craig B. Shaffer
                            United States Magistrate Judge