IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02103-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: November 26, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                *Counsel:*

LAURA S. RODGERS,               Aimee Hall Wagstaff

    Plaintiff,

v.

TIMECENTRE, INC., *et al.*,             Christopher Shawn Jones
                                        William Sidney Finger

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY/MOTION HEARING**
**Court in Session:**     **3:48 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION for Entry of Default as to TimeCentre, Inc. (Docket No. 93, filed on 11/9/2012), the defendant's Unopposed MOTION to Withdraw as Local County (Docket No. 99, filed on 11/19/2012), and the defendant's MOTION for Extension of Time to File Answer or Otherwise Respond (Docket No. 101, filed on 11/21/2012).

Discussion between the court and the parties regarding their pending motions, discovery disputes, Rule 12, the plaintiff possibly filing a motion to seek leave to amend, and Rule 15(a).

**ORDERED:**    The court **GRANTS** the defendant's Unopposed MOTION to Withdraw as Local County [*sic*] (Docket No. 99, filed on 11/19/2012).

The court advises the parties that it shall wait until the remaining motions are fully briefed before entering a ruling on them.

Further discussion regarding the remaining discovery the parties need, Rule 16, the upcoming Final

Pretrial Conference (currently set for November 28, 2012 at 4:00 p.m.) before Judge Krieger, possible trial date, length of trial, the plaintiff possibly filing a motion for default judgment, and how to best get this case moved forward to trial.

HEARING CONCLUDED.

**Court in recess**: **4:43 p.m.**
Total time in court:    00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.