**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom  

Date: April 15, 2013

Civil Action No. 11-cv-02103-MSK-CBS

<u>*Parties*</u>:

LAURA S. RODGERS,

<u>*Counsel*</u>:

Richard Hood  
Aimee Wagstaff

        Plaintiff,

v.

TIMECENTRE, INC., a Colorado corporation;  
DIMENSIONS GROUP, INC., a California corporation;  
DIMENSIONS GROUP, LLC, a Georgia company;  
DIMENSIONS USA, INC., a Georgia corporation;

Shawn Jones

        Defendants.

### COURTROOM MINUTES

HEARING: Jury Trial Day 1

**9:01 a.m.**     **Court in session**

The Court address preliminary matters with counsel.

**ORDER:**     Plaintiff's Motion in Limine (**Doc. #114**) and defendant's oral motion are **DENIED** with leave to renew at the appropriate time

The parties request a sequestration order.

**ORDER:**     Sequestration order is entered and posted on the Courtroom doors.

9:12 a.m.     Jury panel present.

Court's preliminary comments.

Jurors sworn for *voir dire*.

Courtroom Minutes  
Chief Judge Marcia S. Krieger  
Page 2

*Voir dire* by the Court.

**10:30 a.m.     Court in recess**
**10:46 a.m.     Court in session**

Counsel exercise their challenges.

Jurors sworn to try the case.

Introductory jury instructions given by the Court.

Opening statements.

**11:52 a.m.     Court in recess**
**1:09 p.m.      Court in session**

1:12 p.m.       Jury present.

Opening statements continue.

**Witness sworn for the plaintiff : Sunil Vatave :**
**1:32 p.m.**     Direct Examination by Ms. Wagstaff .

**EXHIBITS:   Received:    2, 4, 5, 13, 18, 23, 25, 63 (all by stipulation**), **67,**

**2:59 p.m.      Court in recess**
**3:22 p.m.      Court in session**

3:23 p.m.       Jury present.

Cross examination of witness by Mr. Jones.

Re-direct examination of witness by Ms. Wagstaff.

**EXHIBITS:   Received:    30**

**Witness sworn for the plaintiff : Melinda Pruitt by deposition (Reader Kelleen Stephens) :**
**3:50 p.m.**     Direct Examination by Ms. Wagstaff .

Cross examination of witness by Mr. Jones.

Re-direct examination of witness by Ms. Wagstaff.

**4:38 p.m.**     Jury excused to return at 9:00 a.m. tomorrow.

**4:38 p.m.     Court in recess.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**Total Time:    6 hours 19 minutes**
**Trial continued.**